## Merlin Markiewicz and Doris Markiewicz, Plaintiffs-Appellees, v. City of Des Plaines, a Municipal Corporation, Defendant-Appellant.

### Gen. No. 48,919.

First District, Third Division.

May 1, 1963.

James J. Dowd, of Des Plaines, for appellant; Kenneth G. Meyer and Byron P. Finegan, of Des Plaines, for appellees. Opinion by JUSTICE McCORMICK. **Not to be published in full.**